UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| TONDALAYO COLLINS, O/B/O RICHARD COLLINS (deceased) | ) ED 08-00167-SH<br>)<br>) |
| Plaintiff, | ) JUDGMENT<br>) |
| vs. | )<br>)<br>)<br>) |
| MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION<br>J | )<br>)<br>)<br>) |
| Defendant, | )<br>) |

IT IS HEREBY ADJUDGED that the   decision of the Commissioner is affirmed and plaintiff's  Complaint is dismissed.

DATED: March 13, 2009

/ s /

_____
STEPHEN J. HILLMAN
UNITED  STATES MAGISTRATE JUDGE